IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL 8:01CV141 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUZANNE M. SKAGGS, | ) | ORDER TO SEAL FILE |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment.

IT IS HEREBY ORDERED that the Clerk of the District Court shall seal the Motion to Seal and all further filings in this action until the issuance of the Writs of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of the District Court will serve a copy of this order and the Order to Issue Writ of Continuing Garnishment on the United States of America.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Judge, U.S. District Court