IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 8:01cv141 |
| | ) | |
| Suzanne M. Skaggs, | ) | |
|     Defendant(s), | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| Centennial Bank, | ) | |
|     Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Centennial Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Centennial Bank, whose address is 9003 S 145 St., Omaha, Nebraska 68138.

DATED this 24th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
JUDGE, U.S. DISTRICT COURT